# SUMMONS IN A CIVIL ACTION (AO 440) - TEMPLATE

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

| Plaintiff:<br>Terrance Bargnare | Civil Action No.: |
|---|---|
| Defendant:<br>Diversified Safety Services, LLC | |

To: (Defendant's name and address) _____

Diversified Safety Services, LLC
7005 Golden Ring Rd
Rosedale, MD 21237


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533
(470) 856-3067
Akinbalewa@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Date: _____

CLERK OF COURT _____

Signature of Clerk or Deputy Clerk: _____

# SUMMONS IN A CIVIL ACTION (AO 440) - TEMPLATE

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

| Plaintiff: Terrance Bargnare | Civil Action No.: |
|---|---|
| Defendant: Amazon Web Services, Inc. | |

To: (Defendant's name and address) _____

Amazon Web Services, Inc.
410 Terry Avenue North
Seattle, WA 98109


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533
(470) 856-3067
Akinbalewa@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.


Date: _____

CLERK OF COURT _____

Signature of Clerk or Deputy Clerk: _____

# SUMMONS IN A CIVIL ACTION (AO 440) - TEMPLATE

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF VIRGINIA
## (ALEXANDRIA DIVISION)

| Plaintiff:<br>Terrance Bargnare | Civil Action No.: |
|---|---|
| Defendant:<br>Suffolk Construction Company, Inc. | |

To: (Defendant's name and address) _____

Suffolk Construction Company, Inc.

_____
_____
_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533
(470) 856-3067
Akinbalewa@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Date: _____

CLERK OF COURT _____

Signature of Clerk or Deputy Clerk: _____

# SUMMONS IN A CIVIL ACTION (AO 440) - TEMPLATE

## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF VIRGINIA
### (ALEXANDRIA DIVISION)

| Plaintiff: Terrance Bargnare | Civil Action No.: |
|---|---|
| Defendant: Dynalectric Company | |

To: (Defendant's name and address) _____

Dynalectric Company

_____
_____
_____

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533
(470) 856-3067
Akinbalewa@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Date: _____

CLERK OF COURT _____

Signature of Clerk or Deputy Clerk: _____

# USM-285 - PROCESS RECEIPT AND RETURN - TEMPLATE

Use one USM-285 per Defendant (U.S. Marshal Service)

## USM-285 (ONE PER DEFENDANT)

1. Plaintiff: <u>Terrance Bargnare</u>

2. Court Case Number: _____

3. Defendant (name): <u>Diversified Safety Services, LLC</u>

4. Defendant Address (where to serve): _____

7005 Golden Ring Rd
Rosedale, MD 21237

5. Type of Process: <u>Summons and Complaint</u>

6. Number of Process to be Served: _____

7. Send Notice of Service Copy To (name and address): _____

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533

8. Special Instructions (if any): _____

9. Signature of Attorney or Other Originator (Pro Se): <u>Terrance Bargnare</u>

10. Date: _____

## USM-285 (ONE PER DEFENDANT)

1. Plaintiff: <u>Terrance Bargnare</u>

2. Court Case Number: _____

3. Defendant (name): <u>Amazon Web Services, Inc.</u>

4. Defendant Address (where to serve): _____

410 Terry Avenue North
Seattle, WA 98109

5. Type of Process: <u>Summons and Complaint</u>

6. Number of Process to be Served: _____

7. Send Notice of Service Copy To (name and address): _____

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533

8. Special Instructions (if any): _____

9. Signature of Attorney or Other Originator (Pro Se): <u>Terrance Bargnare</u>

10. Date: _____

# USM-285 (ONE PER DEFENDANT)

1. Plaintiff: <u>Terrance Bargnare</u>

2. Court Case Number: _____

3. Defendant (name): <u>Suffolk Construction Company, Inc.</u>

4. Defendant Address (where to serve): _____

   _____
   _____
   _____

5. Type of Process: <u>Summons and Complaint</u>

6. Number of Process to be Served: _____

7. Send Notice of Service Copy To (name and address):
   _____

Terrance Bargnare
1780 Batson Lane, Apt. 23
Cantonment, FL 32533

8. Special Instructions (if any): _____

9. Signature of Attorney or Other Originator (Pro Se): <u>Terrance Bargnare</u>

10. Date: _____

# USM-285 (ONE PER DEFENDANT)

1. Plaintiff: <u>Terrance Bargnare</u>

2. Court Case Number: _____

3. Defendant (name): <u>Dynalectric Company</u>

4. Defendant Address (where to serve): _____

   _____

   _____

   _____

5. Type of Process: <u>Summons and Complaint</u>

6. Number of Process to be Served: _____

7. Send Notice of Service Copy To (name and address):

   _____

   Terrance Bargnare
   1780 Batson Lane, Apt. 23
   Cantonment, FL 32533

8. Special Instructions (if any): _____

9. Signature of Attorney or Other Originator (Pro Se): <u>Terrance Bargnare</u>

10. Date: _____